IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BMO BANK N.A.                                                                                                          PLAINTIFF

v.                                         Case No. 1:24-cv-01089

WAYDE JACKSON                                                                                                    DEFENDANT

## JUDGMENT

For the reasons discussed in the order of even date, judgment is hereby entered in favor of Plaintiff BMO Bank N.A. against Defendant Wayde Jackson in the amount of $99,166.96.

It is **ORDERED** that Defendant Wayde Jackson specifically perform his obligations under the Loan Agreement and return or allow the removal of the Volvo.

It is further **ORDERED** that this Default Judgment shall constitute an Order of Delivery and Defendant Wayde Jackson shall deliver the Volvo to Plaintiff BMO Bank N.A. If not, the U.S. Marshall or appropriate Sheriff shall assist Plaintiff BMO Bank N.A. in gaining possession.

It is further **ORDERED** that any subsequent sale or disposition of the Volvo shall be a credit to this judgment.

**IT IS SO ORDERED**, this 16th day of June, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge